# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| KIERAN KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV618-001 |
| | ) | |
| GEORGIA SOUTHERN UNIVERSITY & JOSHUA CAGE BARKER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant's motion to stay discovery (doc. 9) pending resolution of the motion to dismiss in lieu of answer (doc. 8), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this __23rd__ day of February, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA